|  | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br><br>Chapter 13 Trustee | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ||
| IN RE<br><br>Kyle Louis Strandberg<br><br>Jessica Danielle Strandberg<br><br><br><br>DEBTORS | CHAPTER 13<br>CASE NO. 6:23-bk-14400-SY<br><br>**TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSON TO CHAPTER 7**<br><br>341A DATE/TIME:  November 08, 2023  9:00 am<br>CONF DATE/TIME: December 05, 2023  1:30 pm<br>3420 Twelfth St.<br>Courtroom: 302 |

The Chapter 13 Trustee hereby objects to confirmation of the plan in this case for the reasons set forth in Attachment A, incorporated herein by this reference.  The Trustee objects to the plan to the extent that it fails to comply with the mandatory provisions of the bankruptcy code, including but not limited to 11 U.S.C. §1322 and §1325, and any provisions governing disposable income, plan duration, and good faith.  The Trustee reserves the right to raise other objections in the course of plan confirmation.

Debtors and counsel are reminded:

1.  Failure to appear and prosecute this case at any confirmation hearing or initial or continued meeting of creditors may result in dismissal of the case, including dismissal with a  180-day bar to re-filing.  11 U.S.C. §1307(c), LBR 3015-1(c) and (d), 11 U.S.C. §109(g)(1).
2.  Failure to pay all required plan and mortgage payments timely and in the required amounts may result in dismissal of the case, including dismissal with a 180-day bar to re-filing.  LBR 3015-1(e) and (k)(4), 11 U.S.C. §§1326(a), 109(g)(1).
3.  Debtor is required to cooperate with the Chapter 13 Trustee.  11 U.S.C. §521(3).
4.  <u>Any additional documents required to be submitted or requested by the Trustee herein or otherwise must be received by the Trustee not later than 5 business days following the initial  341(a) meeting of creditors</u>.


WHEREFORE, the Chapter 13 Trustee hereby moves this court for its order denying confirmation and dismissing this case, including dismissal with a 180-day bar to re-filing, or converting the case to chapter 7, if appropriate.


DATED: November 08, 2023                                          /s/ Rod Danielson
                                                                                         Chapter 13 Trustee


FG:140 - 11/08/2023 - SJL

**ATTACHMENT A -** STRANDBERG

## Declaration of Rod Danielson in Support For
## Objection to Plan Confirmation and Request Dismissal

The Chapter 13 Trustee hereby objects to confirmation of the plan and requests dismissal or conversion of this case on the following grounds and for the following reasons:

Paramount Residential has filed an Objection to Confirmation that must be resolved prior to confirmation of the case.

Debtor's counsel has creditors Freedom Road and Roadrunner listed in an inappropriate class. The creditors must be reclassified appropriately according to the description/instructions within each class in the plan.  The plan should be amended and served on all creditors with sufficient notice time.

The plan does not represent the Debtor's best efforts to fund the plan.  Income on Schedule I is understated for the Debtor based on the proof provided, it is $4,678/month net average versus $4,239 on Schedule I.  It is also understated for the co-debtor at $3,156/month net average versus $3,094/month on Schedule I (averaging over ten months instead of twelve months).  [11 U.S.C. §1325(b)(1)(b); Hamilton v. Lanning, 560 U.S. 505; 130 S. Ct. 2464 (2010)]

Payments on vehicle(s) loans will end during the plan term, but the plan has no step payments to bring in this additional disposable income for the benefit of creditors.  Additionally, one of the vehicles is a recreational vehicle that is included in the Debtors' budget when it should not be.  Payments on retirement(s) loans may end during the plan term, but the plan has no step payments to bring in this additional disposable income for the benefit of creditors.  Payoff dates also have not been provided.  Schedule I lists voluntary contributions to retirement plans, which should not be allowed exclusions from disposable income.  The plan payment must be increased.  [11 U.S.C. §1325(b)(1)(b); Hamilton v. Lanning, 560 U.S. 505; 130 S. Ct. 2464 (2010); In re Parks, 475 B.R. 703 (9th Cir. BAP 2012)]

The Debtor(s) must provide an unexpired declaration page of the auto insurance policy  (not the insurance card) for all vehicles that the Debtor(s) owns or leases.

I declare under penalty of perjury that the foregoing is true and correct.  Signed and dated at Riverside, California on 11/08/2023.

/s/ Rod Danielson
Chapter 13 Trustee

FG:140 - 11/08/2023 - SJL

| In re: **KYLE LOUIS STRANDBERG** <br> **JESSICA DANIELLE STRANDBERG** <br> Debtor(s) | **Chapter: 13** <br> Case Number: <br> **6:23-bk-14400-SY** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSON TO CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **11/08/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee: ustpregion16.rs.ecf@gov.com
ethan@ethanchinlaw.com

☐ Service Information continued on attached pa

2. **SERVED BY UNITED STATES MAIL**:
On **11/08/2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here contitutes a declaration that mailing to the judge  will be completed  no later than

Debtor
KYLE LOUIS STRANDBERG
JESSICA DANIELLE STRANDBERG
33390 VIEW CREST DRIVE
WILDOMAR, CA  92595

☐ Service Information continued on attached pa

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **11/08/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method ), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal

HONORABLE SCOTT H. YUN
3420 TWELFTH STREET,
COURTROOM 302
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pa

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/08/2023 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG: 140 - SJL
June 2012

**F 9013-3.1.PROOF.SERVICE**