**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

| | |
|---|---|
| **Tuesday, March 5, 2024** | **Hearing Room**    **302** |

**1:30 PM**
**6:23-14400**     Kyle Louis Strandberg and Jessica Danielle Strandberg    **Chapter 13**

Telephonic Hearing

#19.00    CONT'D Confirmation of Chapter 13 Plan

**FR. 12/5/23; 1/30/24**

**Susan Luong to appear by telephone (626)616-5008** ✓

Docket    26

**Matter Notes:**

**Consent Calendar**

( ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $_____

( ) **Continued** to _____ at 1:30 p.m.

    **341(a)** _____ at 9:00 a.m.

( ) **Objection** to plan: ( ) Withdrawn ( ) Sustained ( ) Overruled

(✓) **Case Dismissed**

       (✓) without prejudice ( ) Under § 109(g)

       ( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
   - NONE LISTED -

**Party Information**